Richard C. McMurtrie and Priscilla Bohlen, trustees under the Will of John Bohlen, *v.* Mary M. Black, Administratrix of Edgar N. Black, deceased, Appellant.

Argued Jan. 12, 1897. Appeal, No. 428, Jan. T., 1896, by defendant, from judgment of C. P. No. 1, Phila. Co., March Term, 1894, No. 687, on verdict for plaintiff. Before STERRETT, C. J., GREEN, WILLIAMS, McCOLLUM, MITCHELL, DEAN and FELL, JJ. Affirmed.

Scire facias sur mortgage.
The facts are the same as in McMurtrie v. Black, ante, p. 64.

*Francis Tracy Tobin* with him *Wm. A. Manderson*, for appellant.

*Arthur Biddle*, with him *Francis H. Bohlen* and *Briddle & Ward*, for appellees.

PER CURIAM, January 25, 1897:
We are not convinced that there is any error in this record, nor do we think that any of the specifications of error requires discussion. They are therefore overruled and the judgment is affirmed.